6:21-CV-504

# Exhibit A

1  Frank E. Scherkenbach (SBN 142549 / scherkenbach@fr.com)
   Adam Kessel (*pro hac vice* application to be filed / kessel@fr.com)
2  Proshanto Mukherji (*pro hac vice* application to be filed / mukherji@fr.com)
   Jeffrey Shneidman (*pro hac vice* application to be filed / shneidman@fr.com)
3  FISH & RICHARDSON P.C.
4  One Marina Park Drive
   Boston, MA 02210
5  Tel: (617) 542-5070 / Fax: (617) 542-8906

6  Michael R. Headley (SBN 220834 / headley@fr.com)
   FISH & RICHARDSON P.C.
7  500 Arguello Street, Suite 500
8  Redwood City, CA 94063
   Tel: (650) 839-5070 / Fax: (650) 839-5071
9
   Attorneys for Plaintiffs
10 BYTEDANCE INC., TIKTOK INC.,
   and TIKTOK PTE. LTD.
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

| | |
|---|---|
| BYTEDANCE INC., TIKTOK INC., and TIKTOK PTE. LTD., | Case No 3:20-cv-7572-TSH |
| Plaintiffs, | **PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENTS** |
| v. | |
| TRILLER, INC., | |
| Defendant. | |

    Plaintiff Bytedance Inc. states that it is a non-governmental corporate party and has a parent corporation, Bytedance Ltd.

    Plaintiff TikTok Inc. states that it is a non-governmental corporate party and has a parent corporation, TikTok LLC; TikTok Ltd. is the corporate parent of TikTok LLC, and Bytedance Ltd. is the corporate parent of TikTok Ltd.

1

PLAINTIFFS' AMENDED
CORPORATE DISCLOSURE STATEMENTS
Case No 3:20-cv-7572-TSH.

1   Plaintiff TikTok Pte. Ltd. states that it is a non-governmental corporate party and has a parent
2 corporation, TikTok Ltd.; Bytedance Ltd. is the corporate parent of TikTok Ltd.
3   No public entity owns 10% or more of the stock of any of these companies.
4 Dated: November 11, 2020  FISH & RICHARDSON P.C.

By:
 */s/ Michael R. Headley*
 Michael R. Headley

Attorneys for Plaintiffs
BYTEDANCE INC. and TIKTOK INC.

2