# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:21-CV-00504-ADA-JCM

Plaintiff:
**Beijing Meishe Network Technology Co., Ltd.,**

vs.

Defendant:
**TikTok Inc., et al.,**

For:
Mann | Tindel | Thompson
300 W. Main Street
Henderson, TX 75652

Received by ATX Process, LLC on the 12th day of November, 2021 at 8:47 am to be served on **ByteDance Inc. by serving its registered agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **12th day of November, 2021** at **2:52 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Second Amended Complaint with Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, and N** with the date of delivery endorsed thereon by me, to **Evie Lichtenwalter, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **ByteDance Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 12th day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/23

Date: 11/12/2021

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2021012195
Ref: Beijing Meishe Network Tech v TikTok Inc