# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:21-CV-00504-ADA-JCM

Plaintiff:
**Beijing Meishe Network Technology Co., Ltd.,**

vs.

Defendant:
**TikTok Inc., et al.,**

For:
Mann | Tindel | Thompson
300 W. Main Street
Henderson, TX 75652

Received by ATX Process, LLC on the 12th day of November, 2021 at 8:47 am to be served on **TikTok PTE.Ltd. by serving the Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **12th day of November, 2021** at **3:01 pm**, I:

executed to the **SECRETARY OF STATE** by delivering in duplicate a true copy of the **Summons in a Civil Action and Second Amended Complaint with Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, and N** with the date of delivery endorsed thereon by me, to: **Michael Orta** at **1019 Brazos, Austin, Travis County, TX 78701**, as the designated agent for the Texas Secretary of State to accept delivery of process on behalf of **TikTok PTE.Ltd.**. An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 12th day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/23
11/12/2021
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2021012210
Ref: Beijing Meishe Network Tech v TikTok Inc