# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., <br><br> Plaintiff <br><br> v. <br><br> TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., <br><br> Defendants. | § § § § § § § § § § § NO. 6:21-cv-504-ADA-JCM |

## NOTICE OF APPEARANCE

Defendants TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. notify the Court and all the parties of record that Philip Ou of Paul Hastings LLP is appearing as counsel in this matter for the purpose of receiving notices and orders from the Court.

Dated: December 1, 2021

Respectfully submitted,

PAUL HASTINGS LLP

By: */s/ Philip Ou*
Philip Ou
philipou@paulhastings.com

1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Attorney for Defendants
TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

>  /s/ *Philip Ou*
> Philip Ou