IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., *Plaintiff,* | § § § § § | |
| v. | § § | CASE NO. 6:21-CV-00504-ADA |
| TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., *Defendants.* | § § § § § | |

### REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that the above-captioned case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B). The case is no longer referred to Magistrate Judge Manske. The May 2, 2022 video status conference is set before Magistrate Judge Gilliland.

**SIGNED** this 27th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE