IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., <br><br> **Plaintiff,** <br><br> v. <br><br> TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., <br><br> **Defendants**. | Case No. 6:21-CV-504-ADA-DTG <br><br> JURY TRIAL DEMANDED |

## ORDER ON JULY 18, 2022 DISCOVERY DISPUTE HEARING

This Court, having considered the parties' discovery disputes concerning venue discovery and Plaintiff's May 17, 2022 Requests for Production Nos. 1-29 hereby ORDERS the following:

### A. Extension of Venue Discovery Deadlines

It is hereby ORDERED that the deadline for the completion of venue discovery is extended by four weeks to August 15, 2022 so that any outstanding depositions can be taken during that period and remaining documents produced. This extension does not re-open discovery but is intended only to allow the parties to complete the discovery already propounded.

### B. Defendants' Venue Deposition Notices

Defendants' request to compel Meishe to produce witnesses for deposition is DENIED without prejudice in light of Plaintiff's representation that it will not rely on a Meishe witness declaration in opposing Defendants' motion to transfer. Should a declaration be filed with Plaintiff's briefing, the Court would be inclined to allow Defendants the opportunity to depose the declarant. *See* July 18 Hr. Tr. at 45:1-9.

### C. Defendants' Requests for Production of 2015 Copyright Registration

*Plaintiff's Proposal:*

Defendants' request to compel Meishe to produce 2015 copyright registration submitted to the Chinese office is DENIED without prejudice in light of Plaintiff's representation that it has produced and made available for inspection everything within its possession, custody, and control. Plaintiff has requested a copy of the complete materials submitted to the Chinese Copyright Office for the 2015 copyright registration (2015SR227927), and if Plaintiff receives these materials, it should produce them to Defendant. *See* July 18, 2022 Hr. Tr. at 23:16–18; 26:16-25.

### D.  Plaintiff's Requests to Compel Regarding Requests for Production 1-29

Plaintiff's request to compel Meishe to produce documents and information in response to General Requests for Production 1-29 has not sought specific rulings on specific Requests and is therefore DENIED without prejudice. Notwithstanding, the parties are reminded of Rule 26's broad stance on discoverable information. If a meet and confer is necessary to facilitate production, this should be conducted to narrow the issues and concluded by Tuesday, July 26th. To the extent there is disagreement, the parties are encouraged to contact the Court, which will promptly set a hearing to resolve any remaining disputes. *See* July 18, 2022 Hr. Tr. at 34:1-35:8.

### E.  Plaintiff's Venue Interrogatory Number 1

Plaintiff's request to compel Defendants to supplement their response to Plaintiff's Venue Interrogatory Number 1 is GRANTED. Defendants shall supplement their response with names and home addresses.

### F.  Redacted Documents Produced by Defendants Related to Oracle

Plaintiff's request to compel Defendants to produce unredacted versions of the documents Defendants produced related to Oracle is GRANTED. Defendants shall produce unredacted versions on or before July 26, 2022 unless Oracle files a motion for a protective order before that

date. *See* July 18, 2022 Hr. Tr. at 61:16-20.

### G. Documents and Information Related to "Project Texas"

Plaintiff's request to compel Defendants to produce documents and information related to "Project Texas" is GRANTED. Defendants shall produce documents and information including unredacted versions of documents already produced and shall make such production on or before July 26, 2022. *See* July 18, 2022 Hr. Tr. at 63:23-64:1.

### H. Plaintiff's Venue Interrogatory Number 4

Plaintiff's request to compel Defendants to supplement their response to Plaintiff's Venue Interrogatory Number 4 is GRANTED. Defendants shall supplement their response with the last known addresses along with the further identifying information from Plaintiff's slide number 8: country, office location, employing entity, department, job title, and hire date. *See* July 18, 2022 Hr. Tr. at 66:17-25.

### I. Defendants' Organizational Charts

Plaintiff's request to compel Defendants to produce organizational charts is DENIED without prejudice in light of Defendants' representations that Defendants do not have the requested organizational charts within their possession, custody, or control and Defendants' agreement to produce the last organizational charts they do have.

### J. Logs and Other Information Related to Usage of "libttvideoeditor.so" and Substantially Similar Functions

Plaintiff's request to compel Defendants to produce logs and other information related to downloads and usage of "libttvideoeditor.so" and substantially similar functions is GRANTED. Defendants shall investigate and produce any such use/user-related information.

### K. Venue-Related Discovery from Other Cases Involving Defendants

In light of Defendants' promise to produce all pleadings from prior venue-related cases as

Judge Albright has ordered in the past, Plaintiff's request to compel Defendants to produce transcripts of venue-related depositions from other cases involving Defendants is DENIED without prejudice. If Plaintiff develops evidence to show the relevance of a particular deposition, the Court will reconsider Plaintiff's request. *See* July 18, 2022 Hr. Tr. at 77:8-9 and *see id*. at 78:4–17.

*Defendants' Proposal:*

SO ORDERED this 27th day of July, 2022.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE