IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 6:21-cv-504-ADA-DTG |
| TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., | § § § § | |
| Defendants. | | |

**JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY MOTION FOR MORE DEFINITIVE STATEMENT UNDER RULE 12(E) AND MOTION FOR PROTECTIVE ORDER**

Plaintiff Beijing Meishe Network Technology Co., Ltd. ("Plaintiff") and Defendants TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. ("Defendants") (collectively, "the Parties") respectfully submit this Joint Stipulation to Extend Deadline to File Reply Motion for More Definitive Statement Under Rule 12(e) and Motion for Protective Order.

On August 29, 2022, Defendants filed their Motion For More Definitive Statement Under Rule 12(e) and Motion For Protective Order Until Plaintiff Provides Reasonable Notice Of Scope of Permissible Discovery Under Rule 26. Dkt 114. On September 12, 2022, Plaintiff filed its Opposition to Defendants' Motion. Dkt. 126. Defendants' reply is due September 19, 2022. CV-7(E)(2).

A member of Defendants' counsel primarily responsible for preparing the reply had a medical emergency requiring unexpected surgery the week of September 12, 2022. The Parties have agreed to a two-day extension of the Defendants' reply until September 21, 2022. The

agreement does not otherwise disturb any other deadline or extend any hearing or Court date. This stipulated extension of time is sought for good cause and not for purposes of delay.

Accordingly, consistent with Judge Albright's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines for patent cases, the Parties hereby stipulate: (1) Defendants may file their Reply Motion For More Definitive Statement Under Rule 12(e) and Motion For Protective Order on September 21, 2022.

Dated: September 19, 2022

Respectfully submitted,

PAUL HASTINGS LLP

By: /s/ *Yar R. Chaikovsky*
    Yar R. Chaikovsky
    yarchaikovsky@paulhastings.com
    Philip Ou
    philipou@paulhastings.com
    Andrea Roberts
    andrearoberts@paulhastings.com
    David Okano
    davidokano@paulhastings.com

    1117 S. California Avenue
    Palo Alto, California  94304-1106
    Telephone: 1(650) 320-1800
    Facsimile:  1(650) 320-1900

    Jeff Pade (*pro hac vice forthcoming*)
    jeffpade@paulhastings.com

    2050 M Street NW
    Washington, D.C. 20036
    Telephone: 1(202) 551-1700
    Facsimile:  1(202) 551-1705

    Andy E. McSwain
    State Bar No. 13861100
    mcswain@thetexasfirm.com
    Dan N. MacLemore
    State Bar No. 24037013
    maclemore@thetexasfirm.com

    220 South Fourth Street
    Waco, Texas 76701
    Telephone: (254) 776-5500
    Facsimile: (254) 776-3591

    Attorneys for Defendants
    TIKTOK INC., TIKTOK PTE. LTD.,
    BYTEDANCE LTD., and BYTEDANCE
    INC.

Dated: September 19, 2022	Respectfully submitted,

By: /s/ Robert Harkins
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar no. 24042033
blake@themannfirm.com
Mann | Tindel | Thompson
201 E. Howard St.
Henderson, TX 75654
Office 903-657-8540

Korula T. Cherian
Robert Harkins
Cherian LLP
1936 University Ave., Suite 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@cherianllp.com
bobh@cherianllp.com

Thomas Dunham
J. Michael Woods (pro hac vice)
Adam A. Allgood
State Bar No. 24059403
Cherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
tomd@cherianllp.com
michaelw@cherianllp.com
adama@cherianllp.com

Stephanie R. Wood
State Bar No. 24057928
Cherian LLP
8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206
Phone: 945-205-0301
stephaniew@cherianllp.com

Attorneys for Plaintiff
BEIJING MEISHE NETWORK

TECHNOLOGY CO., LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

 */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky