IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,<br>            Plaintiff,<br><br>v.<br><br>TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., BYTEDANCE INC.,<br>            Defendants. | CIVIL NOS.<br>W-21-CV-00504-ADA-DTG |

## ORDER

The Magistrate Judge previously entered his Order denying Defendant's Motion to Transfer Case, ECF No. 232, which denied Defendants' Motion to Transfer Venue for Convenience of Parties Pursuant to 28 U.S.C. § 1404(a). ECF No. 64. Defendants have now filed an Objection and appeal to that order. ECF No. 242. Plaintiff filed opposition to that objection. ECF No. 252. Defendants replied to that opposition. ECF No. 256.

After consideration of the briefing on Defendants' Motion, the hearing on the Motion, the Order, and Defendants' Objections to the Order, Plaintiff's Opposition to Defendants' Objections, and Defendants' replies, the Court concludes that the Objections are without sufficient merit. For that reason and other reasons stated with the Order, the Court agrees with the conclusion reached within the Order. The Court therefore **OVERRULES** Defendant's Objections, ECF Nos. 242, **ADOPTS** the Magistrate Judge's Order, ECF Nos. 232, and **DENIES** Defendants' Motion.

**SIGNED** this 24th day of July, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE