# United States Court of Appeals for the Fifth Circuit

———————

No. 23-50575
USDC No. 6:21-CV-504

———————

IN RE TIKTOK, INCORPORATED; TIKTOK PTE., LIMITED; BYTEDANCE, LIMITED; BYTEDANCE, INCORPORATED,

*Petitioners.*

## WRIT OF MANDAMUS

To the Honorable Alan Albright, Judge of the United States District Court for the Western District of Texas:

The United States Court of Appeals for the Fifth Circuit granted the petition for writ of mandamus on October 31, 2023.

You are hereby ORDERED the writ is appropriate under these circumstances, meaning petitioners have satisfied all three requirements needed for the issuance of the writ. The petition for writ of mandamus, requiring transfer to the Northern District of California, is GRANTED.

Done this day, October 31, 2023.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

Honorable Alan D. Albright
U.S. District Court, Western District of Texas
800 Franklin Avenue
Room 301
Waco, TX 76701

    No. 23-50575   In re: TikTok, Inc.
            USDC No. 6:21-CV-504

Dear Judge Albright:

I enclose a Writ of Mandamus directed to you.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Nancy F. Dolly, Deputy Clerk
            504-310-7683

cc: (letter only)
    Mr. Adam Auchter Allgood
    Mr. Yar Chaikovsky
    Mr. Korula T. Cherian
    Mr. Philip Devlin
    Mr. Blaine H. Evanson
    Mr. Chad Flores
    Mr. Daniel Nesbitt MacLemore IV
    Mr. James Mark Mann
    Mrs. Katie Rose Talley
    Mr. Gregory Blake Thompson
    Ms. Stephanie R. Wood